**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nutrisoya Foods Inc.,
a Canadian Corporation,

        Plaintiff,

   v.            **ORDER**
                            Civil No. 08-25 ADM/AJB

Sunrich, LLC, doing business as
Sunrich Foods, Inc.,
a Minnesota limited liability company,

        Defendant.
_____

Donald S. Arbour, Esq., Arbour Law Firm, Minneapolis, MN, argued on behalf of Plaintiff.

Eric A. Bartsch, Esq., Stoel Rives LLP, Minneapolis, MN, argued on behalf of Defendant.
_____

     For the reasons stated at oral argument this morning, Defendant Sunrich, LLC's ("Sunrich") Motion to Dismiss [Docket No. 2] is **GRANTED** regarding Count Two of Plaintiff Nutrisoya Foods Inc.'s ("Nutrisoya") Complaint [Docket No. 1], and Count Two is **DISMISSED WITHOUT PREJUDICE**. Sunrich's request to strike the portion of Nutrisoya's Complaint that seeks attorney fees and costs is **DENIED**.

                                      BY THE COURT:


                                      s/Ann D. Montgomery
                                      ANN D. MONTGOMERY
                                      U.S. DISTRICT JUDGE

Dated: March 14, 2008.